IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MAXINE TAYLOR, ET AL.

PLAINTIFFS

VS.

CIVIL ACTION NO. 4:03CV148LN

PHARMACIA & UPJOHN COMPANY
PRODUCTS, L.P., ET AL.

DEFENDANTS



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 21 2005
J. T. NOBLIN, CLERK
BY_____DEPUTY

## ORDER GRANTING

## JOINT MOTION OF PLAINTIFFS AND DEFENDANT PHARMACIA & UPJOHN COMPANY FOR STAY OF PROCEEDINGS PENDING RULING ON MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO AMEND

This cause came to be heard upon the joint motion of Plaintiffs and Defendant Pharmacia & Upjohn Company (collectively, the "Parties") for an order staying the proceedings in this action pending the Court's ruling on Plaintiffs' Motion for Summary Judgment, P&U's Motions for Summary Judgment and Plaintiffs' Motion for Leave to File First Amended Complaint, or for ninety (90) days from entry of this Order, whichever is sooner. Based upon the Parties' motion, statements of counsel and the entire record herein, the Court is of the opinion that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that proceedings in this action are stayed pending entry of ruling on the above referenced motions, or ninety (90)

days from entry of this Order, whichever is sooner.  The Parties shall submit within ten (10) days of expiration of this Order a jointly prepared Revised Scheduling Order for consideration of the Court.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Date: 11/21/05