```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

MAXINE TAYLOR, SHEILAH STEWART,
TIFFANY SPANN, NATALIE WASHINGTON,
LASHUNDA ROBINSON, ARETHA SHEEHY, EVELYN
PIPPIN, LATANYA ARMSTRONG, CHRISTINE DUCK,
TARA GRIFFIN JOHNSON, LA'KISHA WYATT NASH,
ANGELA MOORE                                          PLAINTIFFS

VS.                              CIVIL ACTION NO. 4:03CV148LN

PHARMACIA-UPJOHN COMPANY, LLC.                         DEFENDANT

## JUDGMENT

Based on the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 20th day of December, 2005.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE